UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN - SOUTHERN DIVISION

JOHN KOZMA and WENDY KOZMA,
as Co-Guardians of JODI RENEE KOZMA,

      Plaintiffs,

v                                            Case No. 2:14-cv-12268
                                            Hon. Laurie J. Michelson
THE CITY OF LIVONIA, a municipal
corporation, and LIVONIA POLICE DEPARTMENT,
SGT. GIBBS, OFFICER CAMMARATA, OFFICER
SULLIVAN, OFFICER SALTER, POLICE CHIEF
CURTIS CAID and OFFICER SCHROEDER,

Jointly and Severally,

      Defendants.

---

Deborah L. Gordon (P27058)
Sarah S. Prescott (P70510)
Attorneys for Plaintiffs
33 Bloomfield Hills Parkway, Suite 220
Bloomfield Hills, Michigan 48304
Phone: (248) 258-2500
Fax: (248) 258-7881
dgordon@deborahgordonlaw.com
sprescott@deborahgordonlaw.com

Donald L. Knapp, Jr., City Atty. (P55637)
Michael E. Fisher, Asst. City Atty. (P37037)
Eric S. Goldstein, Asst. City Atty. (P45842)
Attorneys for Defs City, Livonia Police Dept.,
Sgt. Gibbs, Officers Cammarata, Sullivan,
Slater, Schroeder, and Police Chief Curtis Caid
33000 Civic Center Drive
Livonia, Michigan 48154
Phone: (734) 466-2520
Fax: (734) 466-2072
egoldstein@ci.livonia.mi.us

---

## <u>ORDER OF DISMISSAL</u>

At a session of said Court, held
in the County of Wayne, State of
Michigan, on April 4, 2016

PRESENT: LAURIE J. MICHELSON
U.S. District Court Judge

This matter having come before the Court upon the stipulation of the Parties,

IT IS HEREBY ORDERED that this case is dismissed with prejudice and without costs.

**This is a Final Order which resolves the last pending issue in this matter and closes the case.**

> s/Laurie J. Michelson
> LAURIE J. MICHELSON
> UNITED STATES DISTRICT JUDGE

Dated:  April 4, 2016

IT IS SO STIPULATED:

| | |
|---|---|
| /s/Deborah L. Gordon | /s/Eric S. Goldstein |
| Deborah L. Gordon (P27058) | Donald L. Knapp, Jr. (P55637) |
| Sarah S. Prescott (P70510) | Eric S. Goldstein (P45842) |
| Attorneys for Plaintiffs | Attorneys for Livonia Defendant |
| dgordon@deborahgordonlaw.com | egoldstein@ci.livonia.mi.us |
| sprescott@deborahgordonlaw.com | |

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on the attorneys and/or parties of record by electronic means or U.S. Mail on April 4, 2016.

> s/Jane Johnson
> Case Manager to
> Honorable Laurie J. Michelson